UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -  X
                                 :
UNITED STATES OF AMERICA         :        INFORMATION
                                 :
        - v. -                   :        22 Cr. _____
                                 :
JEFFREY SOBERMAN PARKET,         :
                                 :
        Defendant.               :        22 CRIM 311
                                 :
- - - - - - - - - - - - - - -    X

## COUNT ONE
### (Wire Fraud)

The U.S. Attorney charges:

1.    From at least in or about November 2016 up to and
including in or about November 2021, in the Southern District of
New York and elsewhere, JEFFREY SOBERMAN PARKET, the defendant,
willfully and knowingly, having devised and intending to devise
a scheme and artifice to defraud, and for obtaining money and
property by means of false and fraudulent pretenses,
representations, and promises, did transmit and cause to be
transmitted by means of wire, radio, and television
communication in interstate and foreign commerce, writings,
signs, signals, pictures, and sounds, for the purpose of
executing such scheme and artifice, which affected a financial
institution, to wit, PARKET sought and obtained more than $50
million in loans from at least two dozen individual and
institutional lenders by means of false and fraudulent

pretenses, representations, and documents, including falsified
bank and brokerage statements, and in furtherance of the scheme
transmitted and caused to be transmitted into and out of the
Southern District of New York interstate emails, telephone
calls, and wire transfers of funds.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT TWO
### (Mail Fraud)

The U.S. Attorney further charges:

2.    In or about November 2020, in the Southern District of
New York and elsewhere, JEFFREY SOBERMAN PARKET, the defendant,
willfully and knowingly, having devised and intending to devise
a scheme and artifice to defraud, and for obtaining money and
property by means of false and fraudulent pretenses,
representations, and promises, for the purpose of executing such
scheme and artifice, which affected a financial institution, and
attempting so to do, did place in a post office and authorized
depository for mail matter, matters and things to be sent and
delivered by the Postal Service, and did deposit and cause to be
deposited matters and things to be sent and delivered by private
and commercial interstate carriers, and did take and receive
therefrom, such matters and things, and did cause to be
delivered by mail and such carriers, according to the directions
thereon, and at the places at which they were directed to be

delivered by the person to whom they were addressed, such matters and things, to wit, PARKET transmitted by United States mail fraudulent documents reflecting fake assets and thereby induced a lender to transfer millions of dollars in loans into his accounts.

(Title 18, United States Code, Sections 1341 and 2.)

**COUNT THREE**
**(Bank Fraud)**

The U.S. Attorney further charges:

3.   In or about June 2020, in the Southern District of New York and elsewhere, JEFFREY SOBERMAN PARKET, the defendant, willfully and knowingly did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, PARKET obtained millions of dollars in loans from an FDIC-insured bank by means of fraudulent documents reflecting fake assets.

(Title 18, United States Code, Sections 1344 and 2.)

**COUNT FOUR**
**(Aggravated Identity Theft)**

The U.S. Attorney further charges:

3

4.    From at least in or about October 2018 up to and
including at least in or about November 2021, in the Southern
District of New York and elsewhere, JEFFREY SOBERMAN PARKET, the
defendant, knowingly did transfer, possess, and use, without
lawful authority, a means of identification of another person,
during and in relation to a felony violation enumerated in Title
18, United States Code, Section 1028A(c), to wit, PARKET
possessed, used, and transferred the personal identification
information of a purported business associate ("Associate-1") to
obtain loans in connection with the wire fraud scheme charged in
Count One of this Information.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b),
and 2.)

## FORFEITURE ALLEGATIONS

5.    As a result of committing the offenses alleged in
Counts One through Three of this Information, JEFFREY SOBERMAN
PARKET, the defendant, shall forfeit to the United States,
pursuant to Title 18, United States Code, Section 982(a)(2)(A),
any and all property, constituting, or derived from, proceeds
obtained directly or indirectly, as a result of the commission
of said offenses,, including but not limited to a sum of money
in United States currency representing the amount of proceeds
traceable to the commission of said offenses.

4

## **SUBSTITUTE ASSET PROVISION**

6.     If any of the above-described forfeitable property, as
a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due
diligence;

        b.    has been transferred or sold to, or deposited
with, a third party;

        c.    has been placed beyond the jurisdiction of the
court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which
cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21,
United States Code, Section 853(p) and Title 28, United States
Code, Section 2461(c), to seek forfeiture of any
other property of the defendant up to the value of the
forfeitable property described above.

                (Title 18, United States Code, Section 982;
                Title 21, United States Code, Section 853; and
                Title 28, United States Code, Section 2461.)


                    DAMIAN WILLIAMS
                    United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**JEFFREY SOBERMAN PARKET,**

Defendant.

---

**INFORMATION**

22 Cr. _____ (___)

(18 U.S.C. §§ 1341, 1343, 1344, 1028A,
and 2.)

DAMIAN WILLIAMS
United States Attorney

---