UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :    WAIVER OF INDICTMENT

       - v. -                    :    22 Cr CRIM 311

JEFFREY SOBERMAN PARKET,         :

             Defendant.      :

- - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341, 1343, 1344, 1028A, and 2, being advised of the nature of the charges and of ~~her~~ his svc rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                               _____
                               JEFFREY SOBERMAN PARKET
                               Defendant

                               _____
                               Witness

                               _____
                               Samuel Braverman, Esq.
                               Counsel for Defendant

Date:   New York, New York
       June __, 2022