```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/22
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -against-

JEFFREY SOBERMAN PARKET

        Defendant.

---

1:22-CR-311 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    Change of Plea Hearing for Jeffrey Soberman Parket is scheduled for 8/30/2022 at 2:00 pm before Judge Mary Kay Vyskocil.

    The hearing will take place in the Daniel Moynihan Courthouse, 500 Pearl Street, New York, NY, Courtroom 18C.

**SO ORDERED.**

Date: August 22, 2022

                                            HONORABLE MARY KAY VYSKOCIL
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK