```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
UNITED STATES OF AMERICA           :
:
-v.-                :           22 Cr. 311 (MKV)
:
JEFFREY SOBERMAN PARKET,           :           ORDER
:
Defendant.   :
:
------------------------------------------------------------ :
X

Mary Kay Vyskocil, United States District Judge:

    Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Jane Chong, Assistant United States Attorney, of counsel, and with the consent of Jeffrey Soberman Parket, by and through his attorney, Samuel Braverman, Esq., it is hereby ORDERED that the time from the date of this order until October 3, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial because it will allow the parties to continue discussions regarding an appropriate disposition.

    SO ORDERED.

Dated: September 15, 2022
New York, New York

                                                 _____
                                                 MARY KAY VYSKOCIL
                                                 UNITED STATES DISTRICT JUDGE