

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:**    *United States v. Jeffrey Parket*, No. 22 Cr. 311 (MKV)

Dear Judge Vyskocil:

      In accordance with the Court's order for a joint status update by November 14, 2022, the parties write to advise the Court that they are still in active discussions about a potential resolution. We request a two-week adjournment of the status conference currently scheduled for November 16, 2022. The additional time will allow the parties to better assess whether such a resolution is likely and what motions, if any, the defense expects to file.

      Accordingly, the Government requests the exclusion of time in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7) until the date of the next status conference. The interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because it will allow the parties additional time to confer regarding a disposition in this matter. The defendant consents to the requested exclusion. A proposed order is enclosed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

**DENIED. The status conference scheduled for November 16, 2022 will be held at the scheduled time. SO ORDERED.**

Date: 11/15/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc: Amy Gallicchio, Esq. (by CM/ECF)