USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JEFFREY SOBERMAN PARKET,

Defendant.

---

22-cr-311 (MKV)

ORDER SCHEDULING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

The Court held a Status Conference in this case on November 16, 2022. This Order memorializes certain rulings made at the conference.

IT IS HEREBY ORDERED that the trial in this case will begin on March 14, 2023.

IT IS FURTHER ORDERED that any motions in this case other than *in limine* motions are due by December 14, 2022. Any opposition is due by December 23, 2022, and any reply is due by January 3, 2023.

IT IS FURHTER ORDERED that any motions *in limine* are due by February 1, 2023. Any opposition is due by February 10, 2023, and any reply is due by February 15, 2023.

IT IS FURTHER ORDERED that the parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by February 15, 2023.

IT IS FURTHER ORDERED that the parties shall appear for the Final Pretrial Conference on March 6, 2023 at 11:00 AM.

IT IS FURTHER ORDERED that on motion by the Government, and on consent of the Defendant, all time from the date of this Order until March 14, 2023 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial. The exclusion will allow time for Defendant to receive outstanding discovery, analyze such discovery,

strategize regarding potential motion practice, prepare motions in advance of the deadlines set out herein, and to prepare a defense or work toward resolution of this action.

The trial will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date: **November 17, 2022**  
**New York, NY**

**MARY KAY VYSKOCIL**  
**United States District Judge**