```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
```

| | | |
|---|---|---|
| **United States of America** | : | **NOTICE OF APPEARANCE** |
| | | **AND REQUEST FOR** |
| | : | <u>**ELECTRONIC NOTIFICATION**</u> |
| - v - | | |
| | : | **22 CR 311 (MKV)** |
| **Jeffrey Parket** | | |
| | : | |

```
-----------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance as counsel in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Dated: February 1, 2023

                                        Respectfully Submitted,

                                        <u>    /s/Lise Rahdert    </u>

                                        Federal Defenders of New York
                                        52 Duane Street, 10th Floor
                                        New York, N.Y. 10007
                                        (212) 417-8743
                                        lise_rahdert@fd.org

TO:   Attorneys of Record