# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 1, 2023

**By ECF**

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *United States v. Jeffrey Parket*, No. 22 Cr. 311 (MKV)

Dear Judge Vyskocil:

On behalf of Jeffrey Parket, we write to inform the Court that Mr. Parket does not intend to file motions *in limine*.

Respectfully submitted,
Federal Defenders of New York, Inc.

*/s/ Amy Gallicchio*

By: _____

Amy Gallicchio, Esq.
Lise Rahdert, Esq.
Federal Defenders of New York, Inc.
Attorneys for Jeffrey Parket
52 Duane Street, 10th Floor
New York NY 10007
Tel.: (212) 417-8728

Cc:    AUSA Jane Chong