```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-                                              22-cr-311 (MKV)

JEFFREY SOBERMAN PARKET,                               ORDER

                Defendant.

MARY KAY VYSKOCIL, United States District Judge:

      The Court will hold a Change of Plea Hearing on February 15, 2023, at 2:00 PM in Courtroom 18C of 500 Pearl Street, New York, NY 10007.  The trial scheduled to begin on March 14, 2023 and all pretrial deadlines are hereby canceled.

**SO ORDERED.**

**Date:  February 9, 2023**                           _____
**New York, NY**                                      **MARY KAY VYSKOCIL**
                                                                                    **United States District Judge**