USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

22-CR-311-MKV

UNITED STATES OF AMERICA
                Plaintiff
V.

JEFFREY SOBERMAN PARKET
                Defendant
_____/

**MOTION TO WITHDRAW AND REMOVE FROM CMECF EXHIBIT ONE OF DE 45**

COMES NOW, Robyn Parket, the claimant, and moves this court for an order to withdraw and remove from the public filing system the document that is Exhibit One to docket entry 45.

1. The petitioner/Claimant Robyn Parket filed a petition DE45 requesting a hearing on the initial order of forfeiture. Attached to that petition was Exhibit One. The last part of Exhibit One is an affidavit. The affidavit in Exhibit One contains personal data and information of Jeffrey and Robin Parket that should not be on the docket/public filing website. This was done in error. Counsel is aware of the rules prohibiting this.

2. The petitioner moves this court for an order to withdraw Exhibit One of DE45. Upon the court granting this motion, the petitioner will file an amended Exhibit One removing the personal identifying data of the parties in the exhibit.

3. Counsel has conferred with assistant United States Attorney Jane Chong, Esq., who advised that she does not object to this motion being granted.

WHEREFORE the petitioner moves this court for an order to withdraw and remove Exhibit One of DE45 from the public website and filing system, after which the Petitioner will file an amended Exhibit One with the identifying data removed.

Respectfully Submitted,

S/*Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Reizenstein & Associates, PA
Florida Bar #634026
2828 Coral Way, Suite 540
Miami, FL 33145
(305) 444-0755
Philreizenstein@protonmail.com

**Granted. SO ORDERED.**

Date: 3/30/2023
New York, New York

Mary Kay Vyskocil
United States District Judge