```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEFFREY SOBERMAN PARKET,

Defendant.

22-cr-311 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a petition from Robyn S. Parket [ECF No. 45], who claims to be entitled to fifty percent of the Equity Roth IRA ending in account number 5129 (the "Roth IRA"), listed in the Court's February 15, 2023 Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order") [ECF No. 39]. Ms. Parket requests a hearing to adjudicate the validity of her interest in the Roth IRA.

On or before April 27, 2023, the Government and the Defendant shall file separate letters advising the Court of their respective positions on (i) the merits of Ms. Parket's petition and (ii) whether the Court should hold a hearing. Any other motions with respect to the Court's Preliminary Order must also be filed by April 27, 2023.

**SO ORDERED.**

**Date: April 20, 2023**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge