# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 25, 2023

**BY ECF**

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

     **Re: *United States v. Jeffrey Parket*, No. 22 Cr. 311 (MKV)**

Dear Judge Vyskocil:

     We write on behalf of Jeffrey Parket pursuant to the Court's order of April 20, 2023 (ECF No. 50).  Consistent with the plea agreement, Mr. Parket takes no position on either the merits of Mrs. Parket's application (ECF No. 45) or her request for a hearing.

                       Respectfully submitted,
                       Federal Defenders of New York, Inc.

By:    */s/ Lise Rahdert*
                       Amy Gallicchio, Esq.
                       Lise Rahdert, Esq.
                       Federal Defenders of New York, Inc.
                       Attorneys for Jeffrey Parket
                       52 Duane Street, 10th Floor
                       New York NY 10007
                       Tel.: (212) 417-8743

Cc:    All counsel of record via ECF