

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2023

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:**    *United States v. Jeffrey Parket*, No. 22 Cr. 311 (MKV)

Dear Judge Vyskocil:

    After conferring with Chambers, the Government submits this letter to request clarification on the Court's preferred practices in the above-captioned matter with respect to the sealing of victim information contained in written victim impact statements and in connection with oral victim statements that may be delivered in open court.

    Specifically, in connection with their "right to be reasonably heard at any public proceeding in the district court involving . . . sentencing" under 18 U.S.C. § 3771, certain victims have requested (1) that the Government communicate to the Court their request that their written statements be submitted to the Court under seal in their entirety (with versions redacting personally identifiable information to be made available to the defense), and (2) clarity as to whether victims who plan to speak at sentencing may elect to proceed under victim identifiers rather than their names.

                                               Respectfully submitted,

                                               DAMIAN WILLIAMS
                                               United States Attorney

                        by: _____
                                     Jane Y. Chong
                                     Assistant United States Attorney
                                     (917) 763-3172

cc: Amy Gallicchio, Esq. and Lise Elizabeth Rahdert, Esq. (by CM/ECF)
    Federal Defenders of New York