

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2023

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Jeffrey Parket*, No. 22 Cr. 311 (MKV)

Dear Judge Vyskocil:

    In accordance with the Court's April 20, 2023 order (ECF No. 50), the Government writes in regard to the petition filed by Robyn Parket asserting a claim to specific property listed in the consent preliminary order of forfeiture entered by the Court on February 15, 2023 (ECF No. 39).

    The Government and Ms. Parket, through her counsel, request that they be permitted to file a joint status letter with the Court by July 5, 2023, one week after the sentencing currently scheduled for June 28, 2023. The adjournment would permit the Government and Ms. Parket to continue discussing whether her claims might be efficiently resolved without resort to judicial intervention, or whether a post-sentencing ancillary hearing should be held in accordance with 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(b)(6). The joint letter will advise the Court on whether a resolution has been reached, and in the absence of a resolution, will propose a briefing and hearing schedule for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:  _____
    Jane Y. Chong
    Assistant United States Attorney
    (917) 763-3172

Cc (by CM/ECF):  Philip Reizenstein, Esq.
                   Amy Gallicchio, Esq. and Lise Elizabeth Rahdert, Esq.