

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2023

April 25, 2023

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:**    *United States v. Jeffrey Parket*, No. 22 Cr. 311 (MKV)

Dear Judge Vyskocil:

    After conferring with Chambers, the Government submits this letter to request clarification on the Court's preferred practices in the above-captioned matter with respect to the sealing of victim information contained in written victim impact statements and in connection with oral victim statements that may be delivered in open court.

    Specifically, in connection with their "right to be reasonably heard at any public proceeding in the district court involving . . . sentencing" under 18 U.S.C. § 3771, certain victims have requested (1) that the Government communicate to the Court their request that their written statements be submitted to the Court under seal in their entirety (with versions redacting personally identifiable information to be made available to the defense), and (2) clarity as to whether victims who plan to speak at sentencing may elect to proceed under victim identifiers rather than their names.

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

by: *[signature]*
     Jane Y. Chong
     Assistant United States Attorney
     (917) 763-3172

---

GRANTED. The written victim impact statements may be submitted under seal in their entirety, and victims who plan to speak at sentencing may elect to proceed under victim identifiers rather than their names. SO ORDERED.

Date: 5/4/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge