

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2023

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

     **Re:**   *United States v. Jeffrey Parket*, No. 22 Cr. 311 (MKV)

Dear Judge Vyskocil:

     On June 5, 2023, the Court issued an order directing the Government to publish notice of the forfeiture order entered in this case by June 6.[1] The Government writes to advise that certain information required for publication was obtained yesterday, and that it received confirmation that publication will commence today, June 7. The Government apologizes for this one-day delay and will submit a status update to the Court at the end of the claims period as ordered.

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

           by: _____
                         Jane Y. Chong
                         Assistant United States Attorney
                         (917) 763-3172

---

[1] Because the JP Morgan Chase account listed in the preliminary order of forfeiture was administratively forfeited in 2022, publication of notice is required only as to the remaining asset.