# Appendix A

## Appendix A – PSR Corrections & Objections

1. **Paragraph 63**: It is our understanding that Probation Officer Hay attempted to reach Brett Parket for an interview the evening before he filed his final report. Mr. Parket missed his call. The report was filed the next morning. When Brett Parket did return Officer Hay's call, he was informed that the PSR was already finalized and that Officer Hay had no questions for him. We therefore respectfully request that the PSR be amended to reflect that Brett Parket attempted to return Officer Hay's call to complete the interview.

2. **Paragraph 69**: Mr. Parket's ███████████████████████████████ in December 2021, not 2022. We respectfully request that the PSR be amended to reflect the correct date, and that the reference to November 31 be corrected to November 30.

3. **Paragraph 70**: ████████████████████████████████████████████
████████████████████████████████████████████████████████████

4. **Paragraph 83**: The PSR incorrectly reports that Mr. Parket was stationed in California, when he was in fact only on a business trip in California during the attacks of September 11, 2001. We respectfully request that the PSR be amended to indicate that he was living in New York at the time.

5. **Paragraph 90**: As reflected in the attached printouts from Nassau County Property Records (https://lrv.nassaucountyny.gov/), Mr. Parket sold the house on ████████████ in October of 2016 and the house on ████████████ in 1994. We respectfully request that the PSR be amended to make it clear that he no longer owns the properties.



| Land Records Viewer

(http //lrv na aucountyny gov)

Search (/)    ↗ Land Records Viewer ▾    ASIE (http //app na aucountyny gov/ASIE/)

Tax Map Verification (/tmv/)                                                   Login (/login/)



12

**Address:** ▮▮▮▮▮▮▮▮▮▮. GREAT NECK, 11024
**Village:** Incorporated Village of King Point
**School:** Great Neck - 7
**Town:** North Hempstead

For translation services of all documents, please contact LanguageLine Solutions at 1-800-752-6096 (tel:+1-800-752-6096) / www.languageline.com (https://www.languageline.com)

**Section:** 1
**Block:** ▮▮▮
**Lot:** ▮▮
**Condo:**
**Unit:**

Select Language ▾

Powered by Google Translate (https://translate.google.com)

| Values | General and School Taxes | Open and Paid Taxes Info | Property Description |
| --- | --- | --- | --- |
| Recent Sales | My Nassau Info | Tax Class 1 Res Prognose (2021 Only) | |

| Date of Sale | Sale Price | Book | Page | Condition of Transfer |
| --- | --- | --- | --- | --- |
| 08/07/2002 | $1,665,000 | 11516 | 0215 | NONE |
| 01/14/1994 | $915,000 | 10389 | 0832 | SALE OF BUSINESS INCLUDED |

© Copyright Nassau County, NY | 2023

Powered by Google Translate (https://translate.google.com)



| Land Records Viewer
(http://lrv.nassaucountyny.gov/)

Search (/)      ↗ Land Records Viewer ▼      ASIE (http://app.nassaucountyny.gov/ASIE/)

Tax Map Verification (/tmv/)                                                    Login (/login/)



(/getphoto.php?img=01045++00700-1.jpg&id=01045++00700)

**Address:** ▮▮▮▮▮▮▮▮. KINGS POINT, 11024
**Village:** Incorporated Village of Kings Point
**School:** Great Neck - 7
**Town:** North Hempstead

For translation services of all documents, please contact LanguageLine Solutions at 1-800-752-6096 (tel:+1-800-752-6096) / www.languageline.com (https://www.languageline.com)

Select Language ▼

Powered by Google Translate (https://translate.google.com)

**Section:** 1
**Block:** ▮▮▮▮
**Lot:** ▮▮
**Condo:**
**Unit:**

| Values | General and School Taxes | Open and Paid Taxes Info | Property Description |
| --- | --- | --- | --- |

| Recent Sales | My Nassau Info | Tax Class 1 Res Prognose (2021 Only) |
| --- | --- | --- |

| Date of Sale | Sale Price | Book | Page | Condition of Transfer |
| --- | --- | --- | --- | --- |
| 10/31/2016 | $7,750,000 | 13436 | 0975 | NONE |

© Copyright Nassau County, NY | 2023

Powered by Google **Translate (https://translate.google.com)**

# Appendix B

(Filed Under Seal)