```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-     22-cr-311 (MKV)

JEFFREY SOBERMAN PARKET,     ORDER

Defendant.

MARY KAY VYSKOCIL, United States District Judge:

In light of the unresolved issues relating to forfeiture [ECF Nos. 45, 50–51, 53, 56, 61–63], the sentencing scheduled for June 28, 2023 is hereby adjourned to August 30, 2023 at 11:00 AM.

**SO ORDERED.**

Date:  June 16, 2023
       New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**