UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:22-cr-00311-MKV

United States of America,

    Plaintiff,

v.

Jeffrey Soberman Parket,

    Defendant,

_____/

NOTICE OF ABSENCE AND UNAVAILABILITY

    The undersigned attorney Philip L. Reizenstein, Esq., will be absent and unavailable because of a scheduled vacation from July 26, 2023 through August 10, 2023. Counsel requests that no matters be scheduled unless they are emergency matters. Counsel will be out of the United States and with limited internet access but will endeavor to check his emails as much as possible.

    Attorney Bhakti Kadiwar, Esq., can be reached to assist in matters at Bhakti@reizensteinlaw.com / (863) 286-1583.

Respectfully submitted,

By: S/ *Philip L. Reizenstein*
Philip L. Reizenstein, Esq.,
Florida Bar# 634026
Reizenstein & Sola
2828 Coral Way
Suite 540
Miami, FL, 33145
305-444-0755
Philreizenstein@protonmail.com