

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2023

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Jeffrey Parket*, No. 22 Cr. 311 (MKV)

Dear Judge Vyskocil:

    The Government respectfully submits this joint status update regarding third party claims to the alternative asset forfeited by the defendant in this case (the "Forfeited Property"), as directed by the Court on June 5, 2023.

    Between June 7, 2023 and July 6, 2023, the United States made the notice of publication for the Forfeited Property available on the www.forfeiture.gov website. Third parties claiming an interest in the Forfeited Property therefore have until August 6, 2023 to file an ancillary petition with the Clerk of the Court. To date, no such claims have been filed except for the petition submitted by Robyn Parket through her counsel Philip Reizenstein, Esq. Today, the Government will file on this docket a declaration attaching the notice and the advertisement certification report confirming that the notice was posted for the indicated timeframe. If any additional third parties file an ancillary petition by August 6, 2023, the Government will promptly advise the Court.

    On August 3, 2023, Mr. Reizenstein filed a supplemental memorandum in support of Ms. Parket's petition claiming ownership of 50 percent of the Forfeited Property. With the consent of Ms. Parket, by and through her counsel, the Government requests that the Court set a briefing schedule that allows the Government until August 17, 2023 to file its response to the petition, and the petitioner until August 24, 2023 to file her reply. Because the dispute over the Forfeited Property appears to hinge on a legal question, the Government anticipates that it will request that a decision be made without an evidentiary hearing.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: _____
        Jane Y. Chong
        Assistant United States Attorney
        (917) 763-3172

Cc (by CM/ECF): Philip Reizenstein, Esq.