UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY SOBERMAN PARKET,<br><br>Defendant.<br><br>ROBYN PARKET,<br><br>Claimant-Third-Party Petitioner. | 22 Cr. 311 (MKV) |

**NOTICE OF MOTION TO DISMISS THE THIRD-PARTY PETITION
OF ROBYN PARKET, PURSUANT TO FEDERAL RULE
OF CRIMINAL PROCEDURE 32.2(c)(1)**

PLEASE TAKE NOTICE that, upon the accompanying Government's Memorandum of Law in Support of Motion, and upon all papers and prior proceedings herein, the United States of America will move before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at such time as the Court shall direct, for the dismissal of the third-party petition of Robyn Parket, pursuant to Federal Rule of Criminal Procedure Rule 32.2(c)(1), for failure to state a claim on which relief can be granted, and such other relief as the Court may deem appropriate.

1

Dated: New York, New York
August 17, 2023

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By: _____
        Jane Chong
        Assistant United States Attorney

2