```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-   22-cr-311 (MKV)

JEFFREY SOBERMAN PARKET,   ORDER

Defendant.

MARY KAY VYSKOCIL, United States District Judge:

On February 15, 2023, Defendant pled guilty to wire fraud in violation of 18 U.S.C. §§1343 and 2, and bank fraud in violation of 18 U.S.C. §§1344 and 2. [ECF No. 40]. That day, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment. [ECF No. 39]. On March 29, 2023, Ms. Robyn Parket filed a petition for a forfeiture hearing, asserting an interest in the property subject to the Preliminary Order of Forfeiture. [ECF No. 45]. After a series of adjournments, Defendant's sentencing was adjourned *sine die* until the Court resolved the dispute over the Forfeited Property. [ECF Nos. 67, 74]. On September 25, 2023, the Court entered a Stipulation and Order resolving the respective interests of the Government and Ms. Parket in the Subject Property. [ECF No. 84]. The Clerk of Court is respectfully requested to terminate Docket Entry 83.

Accordingly, IT IS HEREBY ORDERED that a sentencing hearing is scheduled for **November 22, 2023 at 2:00 PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Date: **October 4, 2023**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**