USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-    22-cr-311 (MKV)

JEFFREY SOBERMAN PARKET,    ADJOURNMENT ORDER

Defendant.

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing scheduled for November 22, 2023 is adjourned to **November 16, 2023 at 2:30 PM**.  Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date:  October 6, 2023
       New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**

1