## LANKLER SIFFERT & WOHL LLP

1185 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10036
+1.212.921.8399 | WWW.LSWLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023
```

October 16, 2023

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     **Re:**    *United States v. Jeffrey Parket*, **22 Cr. 311 (MKV)**

Dear Judge Vyskocil:

     I write without objection from the Government and Pretrial Services to request a temporary modification of Mr. Parket's bail conditions to allow him to travel to Stamford, Connecticut on October 22, 2023, to attend to a matter related to the whistleblower cases that Mr. Parket submitted to the SEC. If the Court requires additional information to rule on this application, we respectfully request permission to provide that information under seal.

     On February 11, 2022, the Honorable Debra C. Freeman imposed, *inter alia*, the following bail conditions upon Mr. Parket: release on his own recognizance, travel limited to SDNY/EDNY; surrender travel documents and no new applications; pretrial supervision as directed; mental health evaluation and treatment as directed; continue or seek employment; no possession of personal identifying information of others.

     Mr. Parket remains in compliance with the conditions of his release. As noted, the Government and Pretrial Services do not object to this request.

                        Respectfully submitted,

                        /s/ Lise Rahdert

                        Lise Rahdert
                        Lankler Siffert & Wohl LLP
                        1185 Avenue of the Americas
                        New York, NY 10036
                        (212) 921-8399

> **The Court grants Mr. Parket leave to travel one time, on October 22, 2023 to attend the above-referenced matter. He must provide details of his travel to Pretrial Services before departure and check-in with Pretrial Services upon his return. SO ORDERED.**

                        *Attorney for Jeffrey Parket*

Date: 10/17/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Cc: All counsel of record via ECF