```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEFFREY SOBERMAN PARKET,

Defendant.

22-cr-311 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On or before November 13, 2023 at 3:00 PM, the parties are HEREBY DIRECTED to file a joint letter, advising the Court whether the recently enacted amendments to the Sentencing Guidelines are implicated in this case.

**SO ORDERED.**

**Date:  November 9, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1