USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2023

## Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 6, 2023

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   **United States v. Jeffrey Parket**, **22 Cr. 311 (MKV)**

Dear Judge Vyskocil:

I write without objection from the Government or Pretrial Services to request a temporary modification of Mr. Parket's bail conditions to allow him to travel to Stamford, Connecticut on December 9, 2023, to attend a legal meeting related to one of the whistleblower cases Mr. Parket submitted to the SEC. If the Court requires additional information to rule on this application, we respectfully request permission to provide that information under seal.

On February 11, 2022, Judge Debra C. Freeman imposed, inter alia the following bail conditions upon Mr. Parket: release on his own recognizance, travel limited to SDNY/EDNY; surrender travel documents and no new applications; pretrial supervision as directed; mental health evaluation and treatment as directed; continue or seek employment; no possession of personal identifying information of others. Mr. Parket remains in compliance with the conditions of his release.

If the Court grants this request, Mr. Parket will provide the details of his travel to Pretrial Service before departure and check-in with Pretrial Services upon his return.

**The Court grants Defendant leave to travel one time, on December 9, 2023 to attend the above-referenced matter. He must provide details of his travel to Pretrial Services before departure and check-in with Pretrial Services upon his return. SO ORDERED.**

Date: 12/6/2023
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Respectfully Submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio, Esq.
Assistant Federal Defender
Tel: 212-417-8728

Cc:   AUSA Jane Chong
      PTSO Evelyn Alvayero