```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
              :
UNITED STATES OF AMERICA    :   **FINAL ORDER OF FORFEITURE**
              :
         -v.-         :   22 Cr. 311 (MKV)
              :
JEFFREY SOBERMAN PARKET    :
              :
         Defendant.    :
              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about February 15, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 39) with respect to JEFFREY SOBERMAN PARKET (the "Defendant"), imposing a money judgment in the amount of $65,441,683.82 in United States currency against the Defendant, and forfeiting to the United States all right, title and interest of the Defendant in, among other things, the following specific property:

   a. The alternative asset on deposit in an Equity Trust Roth IRA account with an account number ending in 5129 (the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on June 7, 2023 for thirty (30) consecutive days, through July 6, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on August 4, 2023 (D.E. 73);

WHEREAS, on or about March 29, 2023, Robyn Parket (the "Petitioner") filed a petition asserting an interest in the Specific Property (the "Petition") (D.E. 45);

WHEREAS, the Specific Property consists of 27,174 shares of Empower Energies Inc., Series A Convertible Preferred Stock;

WHEREAS, on or about September 25, 2023, the Court entered a Stipulation and Order wherein the Government recognized the Petitioner's superior interest in 10,890 shares of the Stock and the Petitioner withdrew her Petition and any interest in with respect to the remaining 16,304 shares of the Stock (the "Government's Stock")(D.E. 84);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no other petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Petitioner are the only individuals and/or entities known by the Government to have a potential interest the Government's Stock; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Government's Stock is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Government's Stock.

3. The United States Marshals Service (or its designee) shall take possession of the Government's Stock and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
             1/17        , 2024

SO ORDERED:

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE