Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/2024

ORIGINAL

Caption:

United States of America v.

Jeffrey Soberman Parket   Defendant.

Docket No.: 22 Cr. 311

Honorable Mary Kay Vyskocil
(District Court Judge)

Notice is hereby given that **the defendant Jeffrey Soberman Parket** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on **1/17/24** (date).

This appeal concerns: Conviction only |___| Sentence only |✓| Conviction & Sentence |___| Other |___|

Defendant found guilty by plea |✓| trial |   | N/A |   |

Offense occurred after November 1, 1987?  Yes |✓|  No |   |  N/A |   |

Date of sentence: **1/11/24**    N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |   |   N/A |   |

Appellant is represented by counsel? Yes |✓| No |   |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor, NY, NY 10007 |
| Counsel's Phone: | Tel. (212) 417-8742 |
| Assistant U.S. Attorney: | Jane Chong, Esq. |
| AUSA's Address: | 1 St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | Tel. (917) 763-3172 |

AMY GALLICCHIO, ESQ.
Signature