```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -against-                      :         **ORDER**
                                       :
Jeffrey Parket                         :
                                       :         22-cr-311 (MKV)
                                       :         Docket #
---------------------------------------x


__Mary Kay Vyskocil__, **DISTRICT JUDGE:**
   Judge's Name

The C.J.A. attorney assigned to this case

__Amy Gallicchio__  is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Jesse Siegel__, NUNC-PRO-TUNC __3/26/2024__.
                        Attorney's Name

                          **SO ORDERED.**

                    _/s/ Mary Kay Vyskocil_
                    **UNITED STATES DISTRICT JUDGE**


**Dated:  March 26, 2024**
**        New York, New York**